**Rachel Landry <rachel@innovationlawlab.org>**

## Request Received by DOI FOIA Office

1 message

**no-reply-dfo@sol.doi.gov** <no-reply-dfo@sol.doi.gov>                    Thu, Jan 15, 2026 at 4:47 PM
To: rachel@innovationlawlab.org

Dear Rachel  Landry,

We would like to inform you that the Department of the Interior has received your Freedom of Information Act (FOIA) request and assigned it the control number DOI-2026-003238. Please reference this number in any future communications regarding your request.

This message has been sent from an unattended email inbox. For any further correspondence, please contact the bureau at https://www.doi.gov/foia/contacts.

Thank you for your attention to this matter.

Regards,
DOI FOIA Office