Gmail

**Rachel Landry <rachel@innovationlawlab.org>**

## Status Update for Request #DOI-2026-003238

1 message

**no-reply-dfo@sol.doi.gov** <no-reply-dfo@sol.doi.gov>    Tue, Mar 3, 2026 at 2:36 PM
To: rachel@innovationlawlab.org

Dear Rachel  Landry,

The status of your FWS-1 FOIA request #DOI-2026-003238 has been updated to the following status 'On Hold - Other'.
To log into the DOI Public Access Link for FOIA Request Submission click on the Application URL below.

https://securefoia.doi.gov

Sincerely,
DOI FOIA Office