**Rachel Landry <rachel@innovationlawlab.org>**

## RE: Your USCG Freedom of Information Act (FOIA) Request 2026-CGFO-01053

1 message

**EFOIA@uscg.mil** <noreply@securerelease.us>                                   Tue, Jan 27, 2026 at 11:06 AM
Reply-To: EFOIA@uscg.mil
To: rachel@innovationlawlab.org

Dear Rachel Landry:

This acknowledges receipt of your Freedom of Information Act (FOIA) request to the U.S. Coast Guard (USCG), dated 1/7/2026, and seeking any and all records including correspondence concerning the U.S. Coast Guard's coordination and cooperation with U.S. Immigration and Customs Enforcement (ICE) for overnight detention in the state of Oregon. Your request was received in this office on 1/7/2026.

After careful review of your FOIA request, we determined that your request is too broad in scope or did not specifically identify the records which you are seeking. Records must be described in reasonably sufficient detail to enable government employees who are familiar with the subject area to locate records without placing an unreasonable burden upon the agency. For this reason, §5.3(b) of the DHS FOIA regulations, 6 C.F.R. Part 5, require that you describe the records you are seeking with as much information as possible to ensure that our search can locate them with a reasonable amount of effort. Whenever possible, a request should include specific information about each record sought, such as the date, title or name, author, recipients, and subject matter of the records, if known, or the USCG unit or office you believe created and/or controls the record. The FOIA does not require an agency to create new records, answer questions posed by requesters, or attempt to interpret a request that does not identify specific records.

Provide the following information to clarify your request: specific names of individuals of whom correspondence to be searched

Please resubmit your request containing a reasonable description of the records you are seeking. Upon receipt of a perfected request, you will be advised as to the status of your request.

If we do not hear from you within 30 days from the date of this correspondence, we will assume you are no longer interested in this FOIA request, and the case will be administratively closed. Please be advised that this action is not a denial of your request and will not preclude you from filing other requests in the future.

Your request has been assigned reference number 2026-CGFO-01053. Please refer to this identifier in any future correspondence. You may contact this office at 206-815-7438 or email at EFOIA@uscg.mil.

Sincerely,

U.S. Coast Guard
(CG-C5I-P2)
Freedom of Information Act (FOIA) Office
EFOIA@uscg.mil