Gmail

Rachel Landry <rachel@innovationlawlab.org>

## FOIA Request Acknowledgment - DOI-2026-003238
1 message

**IOS-no-reply-dfo** <no-reply-dfo@sol.doi.gov>                                                Fri, Jun 26, 2026 at 11:13 AM
Reply-To: IOS-no-reply-dfo <no-reply-dfo@sol.doi.gov>
To: "rachel@innovationlawlab.org" <rachel@innovationlawlab.org>

Dear Rachel Landry,

The United States Fish and Wildlife Service (FWS) Freedom of Information Act (FOIA) office received your request, dated January 15, 2026, and assigned it tracking number DOI-2026-001394. Please cite this number in any future communications with our office regarding your request for:

"Innovation Law Lab requests records related to the U.S. Immigration and Customs Enforcement ("ICE") project to construct or transform facilities for the purposes of overnight immigration detention in the state of Oregon (hereinafter, the "Oregon Detention Project") from February 1, 2025 through the date of fulfillment of this request. (Date Range for Record Search: From 02/01/2025 To 01/15/2026)"

Expedited Process Request

You have asked for expedited processing of your FOIA request. The Department's FOIA regulations state that a bureau will provide expedited processing when a requester demonstrates a compelling need for the records by explaining in detail how the request meets one or both of the criteria below and certifying the explanation is true and correct to the best of the requester's knowledge and belief. The two criteria are as follows:

• Failure to expedite the request could reasonably be expected to pose an imminent threat to the life or physical safety of an individual; or

• There is an urgency to inform the public about an actual or alleged government activity and the request is made by a person primarily engaged in disseminating information. (The requested information must be the type of information that has particular value that will be lost if not disseminated quickly; this ordinarily refers to a breaking news story that concerns a matter of public exigency. Information of historical interest only or information sought for litigation or commercial activities would not qualify, nor would a news media deadline unrelated to breaking news.) 43 C.F.R § 2.20.

Your request does not contain enough evidence to support either of these criteria because it does not show evidence that it poses an imminent threat to life and does not show that the information has a particular value that will be lost if not disseminated quickly. Your request for expedited processing therefore has been denied.

Multitrack Processing

We use Multitrack Processing to process FOIA requests. The Simple track is for requests that would generally take one to five workdays to process. The Normal track is for requests that would generally take six to twenty workdays to process. The Complex track is for requests that would generally take twenty-one to sixty workdays to process. The Extraordinary track is for requests that would generally take more than sixty workdays to process. The Expedited track is for requests that have been granted expedited processing, which are processed as soon as practicable. Within each track, requests are usually processed on a first-in, first-out basis. Your request falls into the Complex processing track. There are 400+ requests pending ahead of yours in this processing track. Presuming that our current FOIA capacity and burden remain constant, we expect that we will dispatch a determination to you by September 21, 2026.

We apologize for this delay in finalizing our decision. You may narrow the scope of your request to obtain quicker processing in your currently assigned track or move the request into a different track (which may have the effect of having it processed more quickly). You also may agree to an alternative time period for processing by communicating with us. If after contacting us at fwhq_foia@fws.gov, you need further information or assistance with your request, you may wish to seek dispute resolution services from the Department's FOIA Public Liaison by email at doifoiapublicliaison@sol.doi.gov.

You may contact us at fwhq_foia@fws.gov for assistance with your request. If after contacting us, you need further information or assistance with your request, you may wish to seek dispute resolution services from the Department's FOIA Public Liaison by email at doifoiapublicliaison@sol.doi.gov.

If you need further information or assistance after contacting the Department's FOIA Public Liaison, you may wish to seek dispute resolution services from the Office of Government Information Services (OGIS). The 2007 FOIA amendments created the OGIS to offer mediation services to resolve disputes between FOIA requesters and Federal agencies as a non-exclusive alternative to litigation. Using OGIS services does not affect your right to pursue litigation. You may contact OGIS in any of the following ways:

Office of Government Information Services

National Archives and Records Administration

8601 Adelphi Road - OGIS

College Park, MD 20740-6001

E-mail: ogis@nara.gov

Web: https://www.archives.gov/ogis

Telephone: 202-741-5770

Toll-free: 1-877-684-6448

Please note that using OGIS services does not affect the timing of filing an appeal with the Department's FOIA & Privacy Act Appeals Officer.

You may file an appeal to the Department's FOIA/Privacy Act Appeals Officer regarding this response. If you choose to appeal, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal no later than 90 workdays from the date of this communication. If you choose to appeal the expedited processing denial, the FOIA/Privacy Act Appeals Officer must receive your FOIA appeal as soon as possible after this communication. Any appeals arriving or delivered after 5 p.m. Eastern Time, Monday through Friday, will be deemed received on the next workday.

Your appeal must be made in writing. You may submit your appeal and accompanying materials to the FOIA/Privacy Act Appeals Officer by mail, courier service, fax, or email. All communications concerning your appeal should be clearly marked with the words: "FREEDOM OF INFORMATION APPEAL." You must include an explanation of why you believe this response is in error. You must also include with your appeal copies of all correspondence between you and FWS concerning your FOIA request, including your original FOIA request and this response. Failure to include with your appeal all correspondence between you and FWS will result in the Department's rejection of your appeal, unless the FOIA/Privacy Act Appeals Officer determines (in the FOIA/Privacy Act Appeals Officer's sole discretion) that good cause exists to accept the defective appeal.

**Exhibit K - Page 1 of 2**

Please include your name and daytime telephone number (or the name and telephone number of an appropriate contact), email address and fax number (if available) in case the FOIA/Privacy Act Appeals Officer needs additional information or clarification of your appeal.

DOI FOIA/Privacy Act Appeals Office Contact Information

Department of the Interior

Office of the Solicitor

1849 C Street, N.W.

MS-6556 MIB

Washington, DC 20240

Attn: FOIA/Privacy Act Appeals Office

Telephone: (202) 208-5339

Fax: (202) 208-6677

Email: FOIA.Appeals@sol.doi.gov

If you have any questions, please don't hesitate to contact us at fwhq_foia@fws.gov.

Do not hesitate to contact us with any questions.

**Exhibit K - Page 2 of 2**